E-FILED- 5/6/16

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Chanrath Yim Yath*,<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>*Gail Zurek*,<br><br>　　　　**Defendant.** | CASE NO. CV 15-8389-GHK (Ex)<br><br>**JUDGMENT** |

　　Pursuant to the Court's May 6, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims are **DISMISSED without prejudice**.

　　**IT IS SO ORDERED**.

DATED: May 6, 2016

_____
GEORGE H. KING
Chief United States District Judge